# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CAPITAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LASKO PRODUCTS, INC., individually and dba LASKO METAL PRODUCTS; and DOES 1 through 100, inclusive, and each of them,<br><br>Defendants.<br><br>AND CONDOLIDATED ACTIONS. | **CASE NO. 12-CV-2190-GPC (BGS)**<br><br>**Consolidated with Case Nos.:**<br><br>**12-CV-2344- GPC (BGS)**<br>**12-CV-03054-WQH-BGS**<br><br>**ORDER OF DISMISSAL** |

On August 6, 2013, the parties entered a stipulation of dismissal of the entire consolidated actions with prejudice. (Dkt. No. 23.) Having reviewed the motion and finding good cause therefor, the Court hereby **GRANTS** the motion.

Pursuant to Fed. R. Civ. P. 41(a)(2) and the separate settlement agreements Defendant Lasko Products, Inc. entered into with Plaintiff California Capital Insurance Company, Plaintiff State Farm General Insurance Company and Plaintiffs Jeffrey Jackson, Hilda Esparza and Willy F. Jackson in this matter, the

Court hereby **DISMISSES** the entire consolidated action, and each and every complaint filed herein, **WITH PREJUDICE**.

The Clerk Shall Enter Judgment Accordingly.

**IT IS SO ORDERED.**

DATED: August 19, 2013

_____
HONORABLE GONZALO P. CURIEL